E-FILED
Monday, 19 December, 2022  08:21:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCKISLAND DIVISION

FILED
DEC 16
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

BLAKE AARON HANS )

PLAINTIFF )

VS. )

) CASE NO:

LOUIE GLOSSIP )

BRAD ABERNATHY )

KNOX CO. LAW ENFORCEMENT CNTR | SHERIFF)    JUDGE:

KNOX COUNTY )

ADVANCED CORR. HEALTHCARE INC. )

DEFENDANT(S) )


## MOTION TO FILE ORIGINAL COMPLAINT


REFERRENCE TO MULTIPLE KNOWN ACTIONS FOR IDENTICAL
INJURY AT THE FACILITY LISTED HEREIN: 21 CV 04098, 21 CV 04171,
22 CV 04036, 22 CV 04054, 22 CV 04144, MIXON V., BERNAL V.


OTHER/UNKNOWN FILING: STRICT LIABILITY, I.I.E.D., NEGLECT,
INTENTIONAL BODILY HARM, CRUEL +
UNUSUAL PUNISHMENT, ANY OTHER CAUSE
DEAMED FIT BY THE COURT,
IMMENENT HARM


RESPECTFULLY SUBMITTING 10 PAGES
12/9/22   x Blake Hans

PLAINTIFF:

NAME: BLAKE AARON HANS

PRISONER ID NUMBER: 28768

ADDRESS: 931 LINCOLN ST GALESBURG IL 61401

DEFENDANT(S):

A. NAME: LOUIE GLOSSIP

TITLE: ADMINISTRATOR

PLACE OF EMPLOYMENT: 152 S KELLOGG ST GALESBURG IL 61401

B. NAME: BRAD ABERNATHY

TITLE: CHIEF

PLACE OF EMPLOYMENT: 152 S KELLOGG ST GALESBURG IL 61401

C. NAME: KNOX CO. LAW ENFORCEMENT / SHERIFF'S OFFICE

TITLE: JAIL UNDER DIRECTION OF THE SHERIFF

PLACE OF EMPLOYMENT: 152 S KELLOGG ST GALESBURG IL 61401

D. NAME: KNOX COUNTY

TITLE: ALL COUNTY OFFICALS

PLACE OF EMPLOYMENT:

E. NAME: ADVANCED CORRECTIONAL HEALTHCARE INC.

TITLE: MEDICAL CONTRACTOR

PLACE OF EMPLOYMENT: 3922 W. BARING TRACE PEORIA IL 61615

DO YOU HAVE ANY LAWSUITS AGAINST THE DEFENDANT(S) FOR
THE CLAIMS STATED IN THIS COMPLAINT        YES      (NO)
ARE YOU IN IMMENENT DANGER               (YES)     NO
DOES THE FACILITY HAVE A GRIEVENCE SYSTEM   (YES)    NO


HAVE YOU GRIEVENCED THE INJURY STATED IN THIS COMPLAINT
(YES)    NO      COMMENTS: MANY PEOPLE ARE IGNORED, SOME ARE
THREATENED (MICAH MOWEN), SOME PHYSICALLY ASSAULTED (BRANDON WILSON)
REQUESTED RELIEF: EMOTIONAL DISTRESS $5,000,000 —
PUNATIVE DAMAGES $5,000,000 — FUTURE LOSS OF INCOME DUE
TO IMMENENT HEALTH DEGRADATION $5,000,000 — FUTURE MEDICAL
NEEDS INCLUDING CANCER TREATMENT $10,000,000 — FINANCIAL
ASSISTANCE FOR DEPENDANTS LEFT BEHIND $5,000,000


PLAINTIFF IS SEEKING CASE TO BE TRIED BY A JURY (YES)   NO


STATEMENT OF CLAIM AS FOLLOWS:
9-26 TO 10-7
> WITH THE RECENT ASSAULT AGAINST BRANDON WILSON OVER THE
GRIEVENCE SYSTEM CAUSING SEVERE BODILY INJURY, MEN ARE
AFRAID OF THE SAME IF THEY PUSH TO HARD FOR THEIR RIGHTS,
EVERYONE HERE KNOWS WHAT HAPPENED TO MR WILSON & THAT
HE HAD TO BE TAKEN BY AMBULANCE, DUE TO SUCH SEVERE INJURY
CAUSED WHILE HE WAS REQUESTING A PAPER GRIEVENCE BECAUSE
ADMINISTRATION TURNED HIS GRIEVENCEING OFF ALSO, LIKE
SO MANY OTHERS... 20+ INMATES WITNESSED THE ATTACK...


> MICAH MOWEN WAS THREATENED BY ADMINISTRATION TO BE TRANSFERRED
TO EAST ST. LOUIS, WHERE THEY WOULD HURT HIM BAD, IF HE DIDN'T STOP
GRIEVENCEING & TWO DEPUTY'S WITNESSED THE ASSAULT..

> THE INJURY STATED IN THIS ACTION (BLACK MOLD) AND ALL THE REFERRENCED ACTIONS ARE CLEARLY PARTICULAR TO EACH AND EVERY INDIVIDUAL LISTED IN THESE ACTIONS, BUT ALSO ALL MEN & WOMEN THAT ARE FORCIBLY CONFINED WITH THE PRESENT BIO HAZARD, THOSE THAT HAVE BEEN FORCED OVER PAST YEARS INTO THIS FATAL ENVIROMENT, AND EVEN ALL FUTURE INDIVIDUALS BEING KNOWINGLY FORCED BY THOSE IN CHARGE AND RESPONSIBLE FOR THE HUMAN LIVES THAT HAVE BEEN ENTRUSTED TO THEIR CARE, UNTIL THE BLACK MOLD IS FINALLY REMEDIATED BY A CERTIFIED REMEDIATION EXPERT, WHICH THE KNOX CO. LAW ENFORCEMENT CENTER, KNOX CO. CITY COUNCIL, SHERIFF'S DEPARTMENT & ADMINISTRATION HAS BEEN SECRETLY WORKING TO AVOID, DUE TO THE COST.. SO, HUMAN LIFE IS BEING PAID INSTEAD, SO THE COUNTY DOESN'T HAVE TO DIG TO DEEP IN IT'S POCKETS ... OR TURN AWAY FEDERAL DETAINEE'S ... $

> IT HAS LONG BEEN PROVEN AND EVEN PUBLIC KNOWLEDGE, BACKED UP WITH TONS OF DATA AND RESEARCH OVER DECADES, THAT EXPOSURE TO BLACK MOLD IS EXTREMELY VIOLENT & DESTRUCTIVE TO ALL ORGANIC TISSUE, ESPECIALLY HUMAN & ANIMAL ORGANS & TISSUE, AND THAT IT IS ALSO IRREVERSIBLE. DAMAGE IS PERMINENT ...

> IF WE WERE ANIMALS, ALL THE ANIMAL ACTIVIST GROUPS WOULD HAVE ALREADY SWOOPED IN AND RESCUED US. THIS IS A VERY PATHETIC TRUTH.. WE ARE CONSIDERED LESS IMPORTANT THAN OUR FOUR LEGGED FRIENDS, AND WE KNOW IT! THIS JUST ADDS TO OUR I.I.E.D...

(4)

> THERE IS A ONGOING SYSTEMIC HEALTH HAZARD AT THE KNOX CO. LAW-
ENFORCEMENT CENTER THAT KEEPS GETTING SWEPT UNDER THE LAW BOOKS
& IGNORIZED BY EVERY COUNTY OFFICAL & SWORN OFFICERS OF THE COURTS,
STATE & FEDERAL .. EVERYONE IS FULLY AWARE THAT MEN & WOMAN ARE DYING
SLOWLY FROM THE LETHAL CONFINED EXPOSURE OF BLACKMOLD THAT THEY ARE
BEING FORCED INTO @ THE KNOX CO. LAWENFORCEMENT CENTER .. IT MAY ALSO
NOW HAVE BEEN IN THE GALESBURG NEWSPAPER RECENTLY ...
EVERYONE IS AWARE OF THIS LIFE STEALING SITUATION & TOTAL DISREGARD
FOR HUMAN LIFE. PUBLIC AWARENESS IS INCREASING & WITH THIS CONTINUED
HELP OF FAMILY & FRIENDS OF ALL THE MEN & WOMEN DYING HERE @
THE KNOX CO. LAWENFORCEMENT CENTER, WORKING SO DILENGENTLY
TO GET THE C.D.C. INVOLVED AND THE NATIONAL NEWS NETWORKS,
IT WILL ONLY BE A MATTER OF TIME BEFORE THE QUESTIONS
WILL HAVE TO BE ANSWERED ...

> EVEN THE ENTIRE STAFF IS AT RISK, IT IS A HAZARDOUS WORK ENVIROMENT
DUE TO THE BLACK MOLD THAT IS OBVIOUS EVERYWHERE IN THE FACILITY,
EXCEPT IN THE ADMINISTRATOR'S NEW-MOLD FREE OFFICE .. THIS
MAYBE 1 OF THE REASON'S 8 DEPUTY'S HAVE QUIT IN LAST 45 DAYS ALONE,
THEY CAN BARELY MAINTAIN THE JAIL, DEPUTY'S ARE WORKING 2+3
SHIFTS STRAIGHT ... SOME WORK BY THEMSELF AT TIMES ..

> IT'S OBVIOUS FROM THE OTHER KNOWN LISTED ACTIONS ON THE COVER
PAGE OF THIS ACTION - "EXAMPLE = 21CV04098 WEST V.", THAT ATTEMPTS
AT GETTING PROTECTION & CIVIL JUSTICE FROM THOSE THAT ARE

APPOINTED TO DO SO, HAS BEEN FUTAL, NON-COMPASSIONATE, PURELY POLITICALLY MOTIVATED, OVER DEMANDING FOR THE AVERAGE MAN & WOMAN TO EVEN UNDERSTAND, AND PLAINLY IGNORED FOR EXTENSIVE AMOUNTS OF TIME, WHILE OTHER STATE PLAINTIFFS ACTIONS ARE RECEIVING MERIT IN RECORD TIME.. THIS JUST CAUSES EVEN MORE TIME TO ALLOW THE IRREVERSABLE ORGAN & TISSUE DAMAGE TO CONTINUE, TO ALL HUMAN LIFE HERE @ THE KNOX CO. LAWENFORCEMENT CENTER, WHICH IS ALSO UNDER FEDERAL CONTRACT TO PROVIDE A SAFE ENVIROMENT FOR IT'S FEDERAL DETAINEE'S THAT ARE DYING HERE ALSO.. ALL OF THE INTENTIONAL NEGLECT BY ALL PARTIES INVOLVED, JUST ADDS TO THE ALREADY INTENSE I.T.E.D. OF ALL THE VICTIMS...

7  WE ARE NOT LAWYERS, BUT WE ARE NOT BLIND EITHER AND IT'S LOOKING LIKE EVERY TYPE OF POSSIBLE LEGAL MANOUVER THAT WE UNEDUCATED INDIVIDUALS DON'T COMPREHEND, IS BEING USED TO DISCREDIT OUR PLEAS FOR LEGAL PROTECTION AGAINST THIS LIFE ALTERING BIO HAZARD HERE AT THE KNOX CO. LAWENFORCEMENT CENTER... LEGALITY SHOULD NOT COME INTO A ACTION WITH IMMENENT HARM INVOLVED... THE COURT COULD EASILY APPOINT A 3ᴿᴰ PARTY CERTIFIED INVESTIGATOR TO INVESTIGATE THE HEALTH HAZARD...

>  I HAVE BEEN TEMPORALY INCARCERATED ON MULTIPLE OCCASSIONS DURING THE TIME OF THIS HEALTH HAZARD @ THE KNOX CO. LAW ENFORCMENT CENTER, INCREASING THE ORGAN & TISSUE DAMAGE EACH TIME I WAS

FORCED TO ENDURE THIS BIO HAZARD: 2017/10/2 FOR 45 DAYS, 2019/10/4 FOR 60 DAYS, 2020/2/17 TO 2020/3/12, 2020/9/17 TO 2020/9/23.. DURING THESE PREVIOUS DATES OF TEMPORARY INCARCERATION I WOULD MANIFEST ODD SYMPTOMS NOT KNOWING AT THAT TIME THEY WERE SYMPTOMS & WARNINGS OF THE BLACK MOLD IN THIS HOSTEL CONFINED ENVIRONMENT, THAT I WAS FORCED BY THE COUNTY COURT INTO.. IT WOULD TAKE ME WEEKS AFTER MY RELEASE TO RECOVER FROM THE DEBILITATING SYMPTOMS I WAS SUFFERING FROM @ THOSE TIMES.. SYMPTOMS RECALLED > VISION BLURRY, MOTOR CO-ORDINATION OFF, IRRITATED SKIN, EXTREME FITS OF FATIGUE, HEADACHES, SORE THROAT, ODD MUSCLE PAINS-CRAMPS, & MEMORY STRUGGLE..

MY NEXT INCARCERATION OF 2021/7/12 TO 2021/7/20 WAS THE MOST EVENTFUL AND MOST ALARMING UP TILL NOW, NOT ONLY WAS THE BLACK MOLD SO VISIBLY OBVIOUS ON THE CEILINGS, WALLS & EVEN IN MY CELL, BUT IT COULD BE SMELT, A LIGHT FEATHER-ALCOHOL SCENT.. I IMMEDIATELY STARTED HAVING THE SAME OLD SYMPTOMS, BUT STILL WASN'T LINKING IT TO THE BLACK MOLD.. THIS TIME I STARTED EXPERIENCING SOME EXTRA MORE SEVERE SYMPTOMS, KIDNEY→DULL PAINS, LIVER→SHARP PAINS, & ABDOMINAL→TWISTING PAINS. THE ENDED UP HAVING TO TAKE ME TO HOSPITAL, RELUCTANTLY AS IF THEY WERE AFRAID OF SOMETHING.. WELL THE DOCTORS FOUND A UNDETERMINED PROBLEM WITH MY LIVER (AT THE TIME I DID NOT KNOW ABOUT BLACK MOLD CANCER OF THE LIVER) ON TOP OF THE ABDOMINAL ISSUES, THEY COULD NOT DETERMINE WHAT

WAS GOING ON WITH MY LIVER, A MEDICAL FURLOW WAS GIVEN TO ME, WITHIN JUST 2 TO 4 WEEKS OF MY RELEASE THE PAIN WAS ALMOST COMPLETELY GONE, EXCEPT FOR A SHORT PAIN EVERY SO OFTEN.. AT THIS TIME I DID NOT KNOW THAT BLACK MOLD IS RESPONSIBLE FOR A VERY DEVASTATING-PAINFUL CANCER IN THE LIVER AND THE SHARP PAINS I WAS HAVING ARE DIRECT SIGNS OF THE LIVER DAMAGE FROM BLACK MOLD..

> I HAVE WENT WITHOUT ANY MAJOR ISSUES, A SMALL SHARP PAIN EVERY SO OFTEN UP TILL 11/8/22 WHEN I RETURNED TO THE KNOX CO. LAW ENFORCEMENT CENTER FOR A 90 DAY STAY ORDERED BY THE COURT THAT IS FULLY AWARE OF THE HEALTH HAZARD (BLACK MOLD).. THE FIRST THING I NOTICED IS THE CEILING HALF TORE DOWN & BIG PATCHES OF STINKY BLACK MOLD HANGING FROM THE CEILING THAT IS LEFT., IT'S IN THE DEALING SHOWERS, IT'S ALL OVER THE FLOOR OF THE DAYROOM, AND GROWING UP OUT OF CELL SINKS & TOILETS..

> ONLY WITHIN A FEW DAYS THE SYMPTOMS STARTED AGAIN, MORE AGGRESSIVE THIS TIME, IT'S SCARING ME, HEADACHES ARE SO SEVERE THEY ARE GIVING ME 4 TO 8 ADWIL A DAY, I AM HAVING HEART ARITHMIA WHICH IS CAUSING SEVERE ANXIETY, ODD BACK MUSCLE CRAMPS & KIDNEYS STARTED HURTING > DULL PAINS, THEN MY URINE STARTED SMELLING ODD, AND NOW THE WORSE FEAR, MY LIVER IS GETTING THOSE SHARP PAINS AGAIN.. NOW I WAS STARTING TO PUT THE PIECES TOGETHER WITH ALL THE VISIBLE

MASSIVE AMOUNTS OF BLACK MOLD IN HERE, IT BECAME OBVIOUS WHAT HAS BEEN AFFECTING ME ALL THESE TIMES OF INCARCERATION. I STARTED ASKING OTHER INMATES WHAT THEY MIGHT KNOW ABOUT BLACK MOLD, AND IT JUST HAPPENS TO BE A INMATE IN HERE THAT WAS E.P.A. MOLD CERTIFIED TILL 5/2018.

> NOW, I KNOW JUST WHAT I AM DYING FROM, & WHO ALL IS RESPONSIBLE FOR KILLING, JUST SO THEY CAN KEEP THIS MONEY MACHINE GOING FOR THE COUNTY, USING FEDERAL FUNDS FOR DETAINEE'S TO CREATE A PROFIT FOR THE COUNTY AT THE COST OF 1000'S OF YEARS OF LOST HUMAN LIVES, IS A CRIME, IT'S LITERALLY CONSPIRACY TO COMMITT MURDER.

> I HAVE ALSO DISCOVERED THAT THERE ARE MANY ACTIONS WITH THE SAME INJURY AGAINST THE KNOX CO. LAW ENFORCEMENT CENTER, AND THAT ALOT OF PLAINTIFF'S ARE GETTING THE RUN AROUND DUE TO THEIR LACK OF LEGAL KNOWLEDGE, I HOPE THAT IS NOT GOING TO BE A PROBLEM IN MY ACTION.

> THERE SHOULD BE NOTHING MORE IMPORTANT TO ANY COURT THAN THE PROTECTION OF ALL HUMAN LIFE, AND ANY DISREGARD TO DO SO WOULD BE A INJUSTICE TO ALL HUMANITY.

> THE ANXIENTY OF THIS LIFE ALTERING SITUATION IS ALMOST UNBEARABLE AND IS ADDING TO THE INTENSE I.I.E.D. I AM SUFFERING NOW..

> THE FEW DEFENDANTS THAT I HAVE LISTED ARE NOT ALL THAT ARE DIRECTLY OR INDIRECTLY INVOLVED IN THIS SERIOUS SITUATION, AND SINCE MY INVESTIGATIVE ABILITY IS LIMITED TO FOUR WHITE WALLS, A SPECIAL INVESTIGATOR SHOULD BE ASSIGNED BY THE COURT TO TRACK DOWN ALL THAT ARE RESPONSIBLE, AND HOLD THEM ACCOUNTABLE FOR ALL THIS LIFE LOST..

> WE HAVE RECENTLY HEARD A FAMILY MEMBER HAS GOT AHOLD OF A COMPASSIONATE STATE ATTORNEY GENERAL, OUR HOPES OF GETTING PROTECTION MAY FINALLY COME AT LAST..

I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

SIGNED THIS 9TH DAY OF DECEMBER, 2022

x Blake Hans

PRINT NAME: BLAKE AARON HANS

ID NUMBER: 28768

ADDRESS: 931 LINCOLN ST, GALESBURG IL 61401

(10)