E-FILED
Monday, 19 December, 2022 08:21:36 AM
Clerk, U.S. District Court, ILCD



**Ms. Anita Winter**
931 Lincoln St.
Galesburg, IL 61401



CERTIFIED MAIL®

7020 0640 0001 3159 3896





RDC 99      61802

U.S. POSTAGE PAID
FCM LETTER
GALESBURG, IL
61401
DEC 13, 22
AMOUNT
**$8.09**
R2304H108428-50

The Clerk of the Court
201 S. Vine St
Room 218
Urbana, Il  61802

6180233317 C017