CLERK OF THE COURT

JAN 30 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

22-4186
22-4185

I AM NOTIFYING THE COURT THAT MY ADDRESS IS CHANGING FROM C/O KNOX CO. JAIL — 152 S KELLOGG ST — GALESBURG IL 61401 TO 659 E. BERRIEN ST — GALESBURG IL 61401 AND GOES IN AFFECT FEB. 3rd 2023, I WOULD LIKE ALL LETTERS TO BE SENT TO THE NEW ADDRESS.

RESPECTFULLY SUBMITTED   1   PAGES
2/3/23  BLAKE A. HANS
x Blake Hans