CLERK OF THE COURT

I AM NOTIFYING THE COURT THAT MY ADDRESS IS CHANGING FROM 90 KNOX CO. JAIL - 152 S KELLOGG ST - GALESBURG IL 61401 TO 659 E. BERRIEN ST - GALESBURG IL 61401 AND GOES IN AFFECT FEB. 3rd 2023. I WOULD LIKE ALL LETTERS TO BE SENT TO THE NEW ADDRESS

**FILED**

FEB 0 1 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

22-4185 & 22-4186

RESPECTFULLY SUBMITTED   1   PAGES
2/3/23  BLAKE A. HANS
         x  Blake Hans

BLAKE A HANS
% KNOX CO JAIL
152 S KELLOGG ST
GALESBURG, IL
61401

KNOX COUNTY JAIL
152 S. Kellogg Street
Galesburg, IL 61401

Deposit funds at
www.inmatecanteen.com



LEGAL

CLERK OF THE COURT
322 16TH STREET
SUITE 200A
ROCK ISLAND IL
61201

LEGAL